AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Merz, Michael R. | U.S. District Court, S.D. Ohio | 03/22/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT recalled) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

Room 501
200 West Second Street
Dayton, Ohio 45402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee/director, president | East End Community Services Corporation |
| 2. | Trustee/ director, president | Dayton Metro Library Foundation |
| 3. | Director | State Library of Ohio |
| 4. | Director | East End Neighborhood Development Corporation |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 03/22/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 03/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fifth Third Bank | A | Interest | K | T | | | | | |
| 2. John Hancock Life insurance cash value policy | A | Int./Div. | J | T | | | | | |
| 3. MetLife insurance cash value policy | A | Int./Div. | K | T | | | | | |
| 4. IRA # 1 (H) | | | | | | | | | |
| 5. Goldman Sachs Bank Insured (Cash Account) (X) | A | Interest | K | T | | | | | |
| 6. AT&T Common shares (T) | A | Dividend | K | T | | | | | |
| 7. Amgen common (AMGN) | A | Dividend | K | T | | | | | |
| 8. Apple common (AAPL) | A | Dividend | | | Sold | 08/18/17 | K | E | |
| 9. Autozone Inc (AZO) | | None | J | T | Buy | 06/13/17 | J | | |
| 10. Biogen, Inc. (BIIB) | | None | J | T | Sold (part) | 01/25/17 | J | A | |
| 11. Bristol-Myers Squibb (BMY) | A | Dividend | J | T | | | | | |
| 12. Carriage Services, Inc. (CSV) | A | Dividend | J | T | Sold (part) | 01/25/17 | J | A | |
| 13. Centurylink Inc | A | Dividend | | | Sold | 08/18/17 | J | | |
| 14. CVS Health Corp (CVS) | A | Dividend | J | T | | | | | |
| 15. Donnelly RR & Sons common | A | Dividend | | | Sold (part) | 03/20/17 | J | | |
| 16. | | | | | Sold | 03/27/17 | J | | |
| 17. Expeditors Intl Wash Inc. (EXPD) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 03/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Express Scripts Holding (ESRX) | | None | K | T | Buy (add'l) | 06/30/17 | J | | |
| 19. Exxon Mobil common (XOM) | B | Dividend | K | T | | | | | |
| 20. Fastenal Co. (FAST) | A | Dividend | J | T | | | | | |
| 21. Federated INVS Inc PA CL B (FII) | A | Dividend | K | T | Buy | 03/20/17 | K | | |
| 22. Gilead Sciences Inc | A | Dividend | | | Sold | 08/18/17 | J | | |
| 23. Grainger WW Inc (GWW) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 24. Harley Davidson, Inc. | A | Dividend | | | Sold | 07/18/17 | J | A | |
| 25. Hospitality PPTYS TR (HPT) | A | Dividend | K | T | | | | | |
| 26. IBM Corp. (IBM) | A | Dividend | | | Sold (part) | 01/25/17 | J | | |
| 27. | | | | | Sold | 05/05/17 | K | | |
| 28. Invesco LTD (IVZ) | A | Dividend | K | T | Sold (part) | 01/25/17 | J | A | |
| 29. Johnson Controls Inc | A | Dividend | | | Sold | 07/18/17 | J | | |
| 30. LSC Communications Inc | A | Dividend | | | Sold | 03/20/17 | J | A | |
| 31. Lowes Companies Inc (LOW) | A | Dividend | J | T | Buy | 07/18/17 | J | | |
| 32. McKesson Corp (MCK) | A | Dividend | K | T | Sold (part) | 01/25/17 | J | A | |
| 33. Peoples United Financial (PBCT) | A | Dividend | K | T | | | | | |
| 34. Pitney Bowes Inc (PBI) | A | Dividend | K | T | Buy (add'l) | 11/30/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 03/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Qualcomm, Inc (QCOM) | A | Dividend | K | T | Sold (part) | 01/25/17 | J | | |
| 36. Royal Dutch Shell PLC sponsored ADR Repstgn A common (RDS/A) | B | Dividend | K | T | | | | | |
| 37. Southwest Airlines (LUV) | A | Dividend | J | T | | | | | |
| 38. Stericycle Inc (SRCL) | | None | J | T | | | | | |
| 39. Verizon Communications (VZ) | A | Dividend | K | T | Buy (add'l) | 07/26/17 | J | | |
| 40. Washington REIT SB1 (WRE) | B | Dividend | K | T | | | | | |
| 41. Welltower Inc. (HCN) | A | Dividend | J | T | | | | | |
| 42. Ishares S&P US Preferred Stock Index Fund (PFF) | B | Dividend | K | T | | | | | |
| 43. Nuveen Municipal Value Fund (NUV) | B | Dividend | K | T | Sold (part) | 01/25/17 | J | A | |
| 44. IRA #2 (H) | | | | | | | | | |
| 45. Goldman Sachs Bank Insured (Cash Account) (X) | A | Interest | K | T | | | | | |
| 46. AT&T Common shares (T) | A | Dividend | K | T | Sold (part) | 03/29/17 | J | A | |
| 47. Amgen common (AMGN) | A | Dividend | K | T | | | | | |
| 48. Apple common (AAPL) | A | Dividend | | | Sold | 08/18/17 | K | D | |
| 49. Autozone Inc (AZO) | | None | J | T | Buy | 06/13/17 | J | | |
| 50. Biogen, Inc. (BIIB) | | None | J | T | | | | | |
| 51. Bristol-Myers Squibb (BMY) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 03/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Carriage Services, Inc. (CSV) | A | Dividend | J | T | | | | | |
| 53. Centurylink Inc | | None | | | Sold | 08/18/17 | J | | |
| 54. CVS Health Corp (CVS) | A | Dividend | J | T | | | | | |
| 55. Donnelly RR & Sons common | A | Dividend | | | Sold (part) | 03/20/17 | J | A | |
| 56. | | | | | Sold | 03/27/17 | J | | |
| 57. Expeditors Intl Wash Inc. (EXPD) | A | Dividend | J | T | | | | | |
| 58. Express Scripts Holding (ESRX) | | None | J | T | Buy (add'l) | 06/13/17 | J | | |
| 59. Exxon Mobil common (XOM) | A | Dividend | K | T | | | | | |
| 60. Fastenal Co. (FAST) | A | Dividend | J | T | | | | | |
| 61. Federated INVS Inc PA CL B (FII) | A | Dividend | K | T | Buy | 03/20/17 | K | | |
| 62. Gilead Sciences Inc | A | Dividend | | | Sold | 08/18/17 | J | | |
| 63. Grainger WW Inc (GWW) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 64. Harley Davidson, Inc. | A | Dividend | | | Sold | 07/18/17 | J | A | |
| 65. Hospitality PPTYS TR (HPT) | A | Dividend | J | T | | | | | |
| 66. IBM Corp. (IBM) | A | Dividend | | | Sold | 05/05/17 | K | | |
| 67. Invesco LTD (IVZ) | A | Dividend | K | T | | | | | |
| 68. Johnson Controls Inc | A | Dividend | | | Sold | 07/18/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 03/22/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. LSC Communications Inc | A | Dividend | | | Sold | 03/20/17 | J | A | |
| 70. Lowes Companies Inc (LOW) | A | Dividend | J | T | Buy | 07/18/17 | J | | |
| 71. McKesson Corp (MCK) | | None | K | T | | | | | |
| 72. Peoples United Financial (PBCT) | A | Dividend | K | T | | | | | |
| 73. Pitney Bowes Inc (PBI) | A | Dividend | K | T | Buy (add'l) | 11/30/17 | J | | |
| 74. Qualcomm, Inc (QCOM) | A | Dividend | K | T | | | | | |
| 75. Royal Dutch Shell PLC sponsored ADR Repstgn A common (RDS/A) | B | Dividend | K | T | | | | | |
| 76. Southwest Airlines (LUV) | A | Dividend | J | T | | | | | |
| 77. Stericycle Inc (SRCL) | | None | J | T | | | | | |
| 78. Verizon Communications (VZ) | A | Dividend | K | T | Buy (add'l) | 07/26/17 | J | | |
| 79. Washington REIT SB1 (WRE) | B | Dividend | K | T | | | | | |
| 80. Welltower Inc. (HCN) | A | Dividend | J | T | | | | | |
| 81. Ishares S&P US Preferred Stock Index Fund (PFF) | B | Dividend | K | T | | | | | |
| 82. Nuveen Municipal Value Fund (NUV) | B | Dividend | K | T | Sold (part) | 03/29/17 | J | | |
| 83. Investment Account #1 (H) | | | | | | | | | |
| 84. Akre Focus Retail CL (AKREX) | A | Dividend | J | T | Buy | 07/15/17 | J | | |
| 85. Artisan Global Value Investors CL (ARTGX) | A | Dividend | J | T | Buy (add'l) | 07/15/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 03/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Diamond Hill Corp Credit CL 1 (DHSTX) | A | Dividend | J | T | Buy (add'l) | 07/15/17 | J | | |
| 87. Doubleline Total Return Bond (DLTNX) | A | Dividend | J | T | Buy (add'l) | 07/15/17 | J | | |
| 88. IVA Worldwide CL A (IVWIX) | A | Dividend | J | T | | | | | |
| 89. James Balanced Golden Rainbow Retail CL (GLRBX) | A | Dividend | J | T | | | | | |
| 90. Wells Fargo Absolute Return ADM CL (WARDX) | A | Dividend | J | T | | | | | |
| 91. Western Asset Macro Opptys CL 1 (LAOIX) (X) | A | Dividend | J | T | | | | | |
| 92. Westwood Income OPPTYS CL (WHGIX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 03/22/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, line 1: Ended 7/1/17; replaced by Part I, line 4.

Part VII, lines 42, 46, 47, 48, 58, 59, 66, 75, 79, and 81: Name changes only; see lines 50, 55, 57, 58, 63, 64, 70, 75, 81, and 84 of the 2016 report, respectively.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 40 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael R. Merz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544